**SCOTT TIMBER COMPANY, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2006–5101.

United States Court of Appeals, Federal Circuit.

May 10, 2007.

Rehearing Denied July 6, 2007.

Before RADER, GAJARSA and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.